Dear Sir,

81,925-01

I hope that you can help me, I'm lost, I recieved your card telling me that I was denied, for what reason I don't know. I've enclosed a copy of written order in requards to a Writ of Habeaus Corpus, and would like to know some things. I was told that I was to be bench warranted back to Kaufman on FEB 27, 15 and was over looked, and I've written to Judge Mr. Jones in requards to having an att, appointed to me, to no avail, no response, And how can I have a hearing without being present, And have not been told about hearing on the findings of the Hearing, I've written to everyone about a lawyer, but no response, Dosen't seem that anyone will help. I guess that since I'm indigent, I don't matter, Also I've never been told of time limit on response to card. My case no. 30519 A-CC. WR-81-925-01 so now what, what is my next step? I don't have much to work with, with no help from att, please tell me what to do, Thank You for any help that you give me.

6-24-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

Gary Myre

1788464

Sorry about paper not lined !?

OVER.

Please send me copy of paper back, Thank You!)

# Rhonda Hughey
## District Clerk



Kaufman County

April 9, 2015

County Courthouse
100 W. Mulberry St.
Kaufman, Texas 75142
**972-932-0279**

Court of Criminal Appeals
12308 Capitol Station
Supreme Court Building
Austin, Texas 78711

**RE: Cause No. 30519ACC**
   **Ex Parte: Gary Lynn Myre**

Dear Clerk,

Enclosed please find the Second Supplemental Clerk's Record for Writ of Habeas Corpus to be filed in your Court regarding the captioned cause.

If you have any questions, please contact our office.

Sincerely,

Rhonda Hughey
District Clerk
Kaufman County, Texas

RH/dw

Cc: Erleigh Norville Wiley, District Attorney
    Gary Lynn Myre, Applicant